

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| MICHAEL ANTHONY CARTER, | § | No. 08-16-00014-CV |
| Appellant, | § | Appeal from |
| v. | § | 353rd District Court |
| CANDACE DENISE MOORE AND KEN PAXTON, ATTORNEY GENERAL OF THE STATE OF TEXAS, | § § | of Travis County, Texas (TC # D-1-FM-15-001246) |
| Appellees. | § § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of prosecution, in accordance with the opinion of this Court. We therefore dismiss the appeal. We further order that because Appellant is indigent, no order regarding costs is made. We further order that this decision be certified below for observance.

IT IS SO ORDERED THIS 17TH DAY OF AUGUST, 2016.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.